UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

UNITED STATES OF AMERICA

v.                                                          CASE NO.: 2:23-mj-1022-KCD

MICHAEL JOHN DILLON

### COMMITMENT TO ANOTHER DISTRICT

Defendant Michael John Dillon has been ordered to appear in the <u>District of Columbia</u>.

The defendant:  ☐ will retain an attorney.
                ☒ is requesting court-appointed counsel.

The defendant has been released on personal recognizance after the initial appearance.

**IT IS ORDERED:** The United States marshal must transport the defendant, together with a copy of this order, to the charging district and deliver the defendant to the United States marshal for that district, or to another officer authorized to receive the defendant. The marshal or officer in the charging district should immediately notify the United States attorney and the clerk of court for that district of the defendant's arrival so that further proceedings may be promptly scheduled. The clerk of this district must promptly transmit the papers and any bail to the charging district.

February 13, 2023

_Kyle C. Dudek_
Kyle C. Dudek
United States Magistrate Judge